# United States Court of Appeals
### For the Eighth Circuit
_____

No. 22-2033
_____

Wilmington Savings Fund Society, FSB, solely as Certificate Trustee on Behalf of
Bosco Credit II Trust Series 2010-1

*Plaintiff - Appellee*

v.

Charles H. Lewis, Jr.

*Defendant - Appellant*

Arkansas Department of Finance & Administration; Regent Insurance Company

*Defendant*s
_____

Appeal from United States District Court
for the Eastern District of Arkansas - Central
_____

Submitted: March 27, 2023
Filed: March 30, 2023
[Unpublished]
_____

Before BENTON, SHEPHERD, and ERICKSON, Circuit Judges.
_____

PER CURIAM.

Charles Lewis, Jr. appeals the district court's[1] adverse grant of summary judgment in a diversity action filed by Deutsche Bank (for which Wilmington Savings Fund FSB was later substituted as plaintiff) to foreclose on a mortgage on his property. After a careful review, we conclude that the district court did not err in granting judgment for the plaintiff. See Johnson v. Blaukat, 453 F.3d 1108, 1112 (8th Cir. 2006) (grant of summary judgment is reviewed de novo). Accordingly, we affirm. See 8th Cir. R. 47B.

_____

---

[1]The Honorable Billy Roy Wilson, United States District Judge for the Eastern District of Arkansas.